## (July 11, 1962)

■ Louis Ferayorni, Respondent, v. Harry Partridge, Appellant.— Motion by defendant for a stay of execution of judgment pending appeal therefrom, granted on condition that defendant perfect the appeal and be ready to argue or submit it at the September Term, beginning September 10, 1962; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before *August 20, 1962*. Motion by defendant for permission to enter premises of plaintiff for the purpose of removing the sewer waste pipe and for other relief denied. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.

■ Morris Bauman, Respondent, v. Lynn Bauman, Appellant. Lynn Bauman, Appellant, v. Morris Bauman, Respondent.— Motion by appellant for reargument denied. Beldock, P. J., Christ, Hill and Rabin, JJ., concur.

■ Abraham M. Sackler, Appellant, v. Gloria Sackler, Respondent.— Motion by respondent for leave to reargue her motion for leave to appeal to the Court of Appeals, denied. Beldock, P. J., Ughetta, Christ, Hill and Rabin, JJ., concur.

■ William Beirne, Respondent, v. Rahlk Associates, Ltd., Appellant.— Motion by appellant to vacate a provision in an order staying until July 17, 1962 the enforcement of a judgment and the Sheriff's sale thereunder, pending appeal from the order, denied. This denial is without prejudice to such application, as appellant may be advised, after the Special Term's determination of the pending motion before it to stay execution under the judgment. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.

■ In the Matter of M. Malcolm Friedman, an Attorney, Respondent. Denis M. Hurley, Petitioner.— Application by respondent to postpone the effective date of his suspension pursuant to the order of this court made July 2, 1962. Application granted to the extent of postponing the effective date of the suspension until August 31, 1962. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.